IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:23-cr-00016-TLN |
|---|---|---|
| Plaintiff, | ) | **AMENDED ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| GILBERT RAMIREZ, | ) | |
| Defendant. | ) | |

The above named Defendant has not yet appeared in our court. He seeks appointed counsel. He has separately submitted a financial affidavit. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Michael Hansen is appointed to represent the above defendant in this case effective *nunc pro tunc* to February 2, 2023.

This appointment shall remain in effect until further order of this court.

DATED: 2/17/2023

Troy L. Nunley
United States District Judge

-1-