PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00016-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| GILBERT RAMIREZ and MICHAEL VALENTINO LOVATO, | DATE: June 8, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on June 8, 2023.

2. By this stipulation, defendants now move to continue the status conference until August 31, 2023, at 9:30 a.m., and to exclude time between June 8, 2023, and August 31, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 450 pages, including law enforcement reports, criminal history reports, and recorded phone calls and text messages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time to consult with their clients, review

the discovery and the charges, and otherwise prepare for trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 8, 2023 to August 31, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.


Dated:  June 5, 2023           PHILLIP A. TALBERT
                    United States Attorney

                    /s/ EMILY G. SAUVAGEAU
                    EMILY G. SAUVAGEAU
                    Assistant United States Attorney


Dated:  June 5, 2023           /s/ Michael Hansen
                    Michael Hansen
                    Counsel for Defendant
                    GILBERT RAMIREZ

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  June 5, 2023                                  /s/ Chris Cosca
                                                                        Chris Cosca
                                                                        Counsel for Defendant
                                                                        MICHAEL VALENTINO LOVATO

### ORDER

IT IS SO FOUND AND ORDERED this 5th day of June, 2023.

_____
Troy L. Nunley
United States District Judge