1  PHILLIP A. TALBERT
   United States Attorney
2  EMILY G. SAUVAGEAU
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00016-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| GILBERT RAMIREZ and MICHAEL VALENTINO LOVATO, | DATE: August 31, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1.  By previous order, this matter was set for status on August 31, 2023.

2.  By this stipulation, defendants now move to continue the status conference until October 12, 2023, at 9:30 a.m., and to exclude time between August 31, 2023, and October 12, 2023, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes over 450 pages, including law enforcement reports, criminal history reports, and recorded phone calls and text messages; which has been either produced directly to counsel and/or made available for inspection and copying.

    b)  Counsel for defendants desire additional time to consult with their clients, review

the discovery and the charges, prepare for trial, and investigate potential defense or mitigating factors.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 31, 2023 to October 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 22, 2023        PHILLIP A. TALBERT
                  United States Attorney

                  /s/ EMILY G. SAUVAGEAU
                  EMILY G. SAUVAGEAU
                  Assistant United States Attorney

Dated:  August 22, 2023        /s/ Michael Hansen
                  Michael Hansen
                  Counsel for Defendant
                  GILBERT RAMIREZ

Dated: August 22, 2023          /s/ Chris Cosca
                                                             Chris Cosca
                                                             Counsel for Defendant
                                                             MICHAEL VALENTINO LOVATO

## ORDER

IT IS SO FOUND AND ORDERED this 22nd day of August, 2023.

_____
Troy L. Nunley
United States District Judge