PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00016-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| GILBERT RAMIREZ, | DATE: October 12, 2023 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on October 12, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until November 9, 2023, at 9:30 a.m., and to exclude time between October 12, 2023, and November 9, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes reports, covert recordings, and physical exhibits.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to review the charges and evidence

and discuss potential resolution with his client.

      c)     Defendant has indicated he is in the process of retaining defense counsel Todd Leras.  Defendant needs additional time to finalize his new representation and consult with new counsel in this matter.

      d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The government does not object to the continuance.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 12, 2023 to November 9, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4        IT IS SO STIPULATED.

5

6   Dated:  October 10, 2023                    PHILLIP A. TALBERT
                                                 United States Attorney

7

8                                                /s/ EMILY G. SAUVAGEAU
                                                 EMILY G. SAUVAGEAU
9                                                Assistant United States Attorney

10

11  Dated:  October 10, 2023                    /s/ MICHAEL HANSEN

12                                               MICHAEL HANSEN
                                                 Counsel for Defendant
13                                               GILBERT RAMIREZ

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS SO FOUND AND ORDERED this 10th day of October, 2023.

_____
Troy L. Nunley
United States District Judge