LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
GILBERT RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GILBERT RAMIREZ,<br><br>　　　　Defendant. | Case No.: 2:23-cr-016 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:　　November 9, 2023<br>Time:　　9:30 a.m.<br>Court:　　Hon. Troy L. Nunley |

　　　Plaintiff United States of America by and through Special Assistant United States Attorney Matt De Moura, and Attorney Todd Leras on behalf of Defendant Gilbert Ramirez, stipulate as follows:

　　1.　This matter is presently set for a status conference on November 9, 2023. The parties request that the status conference be continued to February 15, 2024, at 9:30 a.m. The parties further request that the time between November 9, 2023, and February 15, 2024, be excluded for attorney preparation. This request follows a request by

ORDER CONTINUING
STATUS CONFERENCE

Attorney Todd Leras to substitute into the case as counsel, which was filed on November 7, 2023.

2. This case involves a charged conspiracy to distribute fentanyl and methamphetamine as well as distinct charges of actual distribution of fentanyl and methamphetamine. Given the recent substitution request filed by new counsel, the defense requires additional time to review discovery materials and conduct defense investigation into possible defenses.

3. Based on the need for defense investigation, Defendant Ramirez requests to continue the status conference in this matter to February 15, 2024, at 9:30 a.m., and to exclude time between November 9, 2023 and February 15, 20234, inclusive, under Local Code T-4. The United States does not oppose this request.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of November 9, 2023 to February 15, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Ramirez's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Special Assistant U.S. Attorney Matt De Moura has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

ORDER CONTINUING
STATUS CONFERENCE

DATED:  November 7, 2023

PHILLIP A. TALBERT
United States Attorney

By    */s/ Todd D. Leras for*
    MATTHEW DE MOURA
    Special Assistant United States Attorney

DATED: November 7, 2023

By    */s/ Todd D. Leras*
    TODD D. LERAS
    Attorney for Defendant
    GILBERT RAMIREZ

ORDER CONTINUING
STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference, scheduled for November 9, 2023, is vacated. A new status conference is set for February 15, 2024, at 9:30 a.m., before the Honorable Troy L. Nunley. The Court further finds, based on the representations of the parties and Defendant Ramirez's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from November 9, 2023, up to and including February 15, 2024.

IT IS SO ORDERED.

DATED: November 7, 2023

Troy L. Nunley
United States District Judge