LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
GILBERT RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GILBERT RAMIREZ,<br><br>　　　　　Defendant. | Case No.: 2:23-cr-016 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:　　May 23, 2024<br>Time:　　9:30 a.m.<br>Court:　　Hon. Troy L. Nunley |

Plaintiff United States of America by and through Assistant United States Attorney Emily G. Savageau, and Attorney Todd Leras on behalf of Defendant Gilbert Ramirez, stipulate as follows:

1. This matter was previously set for a status conference on May 23, 2024. The Court subsequently issued a Minute Order canceling the May 23rd Criminal Calendar and directing the parties to select a new status conference date.

ORDER CONTINUING
STATUS CONFERENCE

2. The parties request that the status conference be continued to July 18, 2024, at 9:30 a.m. The parties further request that the time between May 23, 2024, and July 18, 2024, be excluded for attorney preparation.

3. This case involves a charged conspiracy to distribute fentanyl and methamphetamine as well as distinct charges of actual distribution of fentanyl and methamphetamine. Given the recent substitution request filed by new counsel, the defense requires additional time to review discovery materials and conduct defense investigation into possible defenses.

4. Defendant Gilbert Ramirez is housed in pretrial custody at the Yuba County Jail, in Marysville, California. The Yuba County Jail is approximately 45 miles from defense counsel's downtown Sacramento office. Travel is therefore required for client visits, discovery review, and discussion of defense investigation.

5. Present defense counsel substituted into this case in November 2023. Defense counsel recently completed a lengthy jury trial in a criminal RICO conspiracy matter before Chief Judge Mueller in the case of *United States v. Yandell, Sylvester, and Troxell,* Case No. 2:19-cr-109 KJM. Trial scheduling in that matter interfered with the ability to conduct in person meetings with Mr. Ramirez in this case. Additional defense preparation and investigation is therefore ongoing in this matter.

6. Based on the need for defense investigation, Defendant Ramirez requests to continue the status conference in this matter to July 18, 2024, at 9:30 a.m., and to exclude time between May 23, 2024, and July 18, 2024, inclusive, under Local Code T-4. The United States does not oppose this request.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et*

ORDER CONTINUING
STATUS CONFERENCE

*seq.*, within which trial must commence, the time period of May 23, 2024, to July 18, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Ramirez's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Emily Savageau has reviewed this proposed order and authorized Todd Leras via email to sign it on her behalf.

DATED: May 22, 2024                         PHILLIP A. TALBERT
                                            United States Attorney

                                            By   */s/ Todd D. Leras for*
                                                 EMILY G. SAVAGEAU
                                                 Assistant United States Attorney

DATED: May 22, 2024

                                            By   */s/ Todd D. Leras*
                                                 TODD D. LERAS
                                                 Attorney for Defendant
                                                 GILBERT RAMIREZ

ORDER CONTINUING
STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that a new status conference in this matter is set for **July 18, 2024, at 9:30 a.m.,** before the Honorable Troy L. Nunley.  The Court further finds, based on the representations of the parties and Defendant Ramirez's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from May 23, 2024, up to and including July 18, 2024.

IT IS SO ORDERED.

DATED:  May 23, 2024

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING
STATUS CONFERENCE