LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
GILBERT RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GILBERT RAMIREZ,<br><br>              Defendant. | Case No.: 2:23-cr-016 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND SET BRIEFING SCHEDULE<br><br><br>Court:      Hon. Troy L. Nunley |

This matter was scheduled for a Sentencing Hearing on May 1, 2025. (ECF Entry 75). Defendant Gilbert Ramirez filed a Motion for Correction as to Matters in the Presentence Investigation Report (PSR). (ECF Document 72). The Motion for Correction raises, among other issues, the appropriateness of using the amount of actual methamphetamine contained in a

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

substance in determining the sentencing guideline range.  The government filed a Sentencing Memorandum, which included its response to Defendant's Motion for Correction.  (ECF Document 73).

At the last court appearance, on May 1, 2025, Chief Judge Nunley requested that the government supplement its response to Defendant's motion.  (ECF Entry 75).  Given the impending departure from the United States Attorney's Office of the original prosecutor assigned to this matter, the Court continued the matter to June 5, 2025.  The Court further requested that the parties meet and confer as to a briefing schedule.

Assistant United States Attorney Kristin Scott has been designated as replacement counsel for the government in this matter.  (ECF Entry 76).  Both parties to this action are presently requesting to continue this matter for Sentencing Hearing to July 10, 2025.  The compelling reasons for requesting continuance of the matter are as follows:

1) Defense counsel wishes to file a supplemental brief, which takes into consideration the United States Sentencing Commission's transmittal of proposed amendments to the Sentencing Guidelines Manual to Congress on May 1, 2025.  These proposed amendments are substantially different than the originally published amendments mentioned in Defendant's Motion for Correction.  Defense counsel requests additional time to address how the actual proposed amendments may impact, alter, or negate various arguments asserted in the original Motion for Correction.

2) Given defense counsel's expressed intention to supplement the arguments asserted in the Motion for Correction, the replacement prosecutor requests additional time to research and brief its position as to the use of actual methamphetamine in determining

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

the sentencing guideline range.

The parties propose the following briefing schedule:

1) Defendant's Supplement to Motion for Correction:   June 5, 2025

2) Government's Supplemental Brief:  June 19, 2025

3) Optional Reply Brief:  July 3, 2025

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Kristin Scott approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on her behalf.

DATED:  May 30, 2025

By     */s/ Todd D. Leras for*
KRISTIN SCOTT
Assistant United States Attorney

DATED: May 30, 2025

By     */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
GILBERT RAMIREZ

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing in this matter is continued to July 10, 2025, at 9:30 a.m. The Court adopts the Briefing Schedule proposed by the parties.

IT IS SO ORDERED.

DATED: May 30, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE