LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
Attorney for Defendant
GILBERT RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-016 TLN |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO DELAY EXECUTION OF JUDGMENT AND COMMITMENT |
| GILBERT RAMIREZ, | Date: July 10, 2025 |
| Defendant. | Time: 9:30 a.m. |
| | Court: Hon. Troy L. Nunley |

This matter came before the Court for a Sentencing Hearing on July 10, 2025. The Court sentenced Defendant Gilbert Ramirez to a total term of imprisonment of 195-months. Defendant requested that the Court delay execution of the Judgment and Commitment for approximately sixty days until September 4, 2025. The purpose of the request is to allow Defendant for personal family reasons to remain in local custody at the Yuba County Jail. Given that Defendant's request relates, in effect, to the timing and location of the Federal Bureau of Prison's designation of a facility for service of a term of imprisonment, the United States

ORDER DELAYING
EXECUTION OF JUDGMENT

Attorney's Office did not take a position regarding the request. The Court approved the request and directed Defendant to submit a proposed order.

Assistant United States Attorney Kristin Scott has reviewed the proposed order. She further authorized Attorney Todd Leras via email to sign an acknowledgment that she has reviewed the proposed order and approved it as to form.

DATED: July 15, 2025                            MICHELE BECKWITH
                                                Acting United States Attorney

                                                By    */s/ Todd D. Leras for*
                                                    KRISTIN F. SCOTT
                                                    Assistant United States Attorney


DATED: July 15, 2025

                                                By    */s/ Todd D. Leras*
                                                    TODD D. LERAS
                                                    Attorney for Defendant
                                                    GILBERT RAMIREZ

ORDER DELAYING
EXECUTION OF JUDGMENT

**ORDER**

BASED ON DEFENDANT'S REQUEST, it is hereby ordered that execution of the Judgment and Commitment of imprisonment for a term of 195-months as to Defendant Gilbert Ramirez, imposed during the Sentencing Hearing on July 10, 2025, be stayed until September 4, 2025. The United States Marshal is directed to delay transfer and transportation of Defendant Gilbert Ramirez to the Federal Bureau of Prisons until on or after September 4, 2025. All other orders regarding Defendant's Sentencing to remain in full force and effect.

IT IS SO ORDERED.

DATED: July 15, 2025

_____
Troy L. Nunley
Chief United States District Judge

ORDER DELAYING
EXECUTION OF JUDGMENT